IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00257-WJM-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 12899 EAST NEVADA AVENUE, AURORA, COLORADO;
2. REAL PROPERTY LOCATED AT 16090 EAST MILAN DRIVE, AURORA, COLORADO;
3. $15,594.00 IN UNITED STATES CURRENCY;
4. REAL PROPERTY LOCATED AT 16715 EAST KENT DRIVE, AURORA, COLORADO;
5. $54,154.00 IN UNITED STATES CURRENCY;
6. REAL PROPERTY LOCATED AT 20050 EAST DOANE DRIVE, AURORA, COLORADO;
7. REAL PROPERTY LOCATED AT 20675 EAST GRAND PLACE, AURORA, COLORADO;
8. REAL PROPERTY LOCATED AT 23605 EAST GRAND PLACE, AURORA, COLORADO;
9. REAL PROPERTY LOCATED AT 21186 EAST HAMPDEN PLACE, AURORA, COLORADO;
10. $4,263.00 IN UNITED STATES CURRENCY;
11. REAL PROPERTY LOCATED AT 3832 SOUTH JOPLIN, AURORA, COLORADO;
12. $4,710.00 IN UNITED STATES CURRENCY;
13. REAL PROPERTY LOCATED AT 24005 EAST WAGONTRAIL AVENUE, AURORA, COLORADO;
14. $5,669.00 IN UNITED STATES CURRENCY;
15. 2017 MASERATI LEVANTE VIN: ZN661YUL2HX264204
16. REAL PROPERTY LOCATED AT 25266 EAST LAKE DRIVE, AURORA, COLORADO;
17. REAL PROPERTY LOCATED AT 25857 EAST MAPLE PLACE, AURORA, COLORADO;
18. 2012 LEXUS RX350 VIN: 2T2BK1BA2CC153919
19. REAL PROPERTY LOCATED AT 5001 SOUTH DUQUESNE STREET, AURORA, COLORADO;
20. $1,539.00 IN UNITED STATES CURRENCY;
21. $8,000.00 IN UNITED STATES CURRENCY;
22. REAL PROPERTY LOCATED AT 23965 EAST WAGONTRAIL AVENUE, AURORA, COLORADO;
23. $32,568.00 IN UNITED STATES CURRENCY;

    24.    $1,000.00 IN UNITED STATES CURRENCY;
    25.    $387,000.00 IN UNITED STATES CURRENCY;
    26.    $8,500.00 IN UNITED STATES CURRENCY;
    27.    $14,691.00 IN UNITED STATES CURRENCY;
    28.    $72,081.00 IN UNITED STATES CURRENCY;
    29.    $35,800.00 IN UNITED STATES CURRENCY;
    30.    $2,818.00 IN UNITED STATES CURRENCY;
    31.    $5,338.00 IN UNITED STATES CURRENCY;
    32.    $4,675.00 IN UNITED STATES CURRENCY;
    33.    $3,079.00 IN UNITED STATES CURRENCY;
    34.    $139,739.00 IN UNITED STATES CURRENCY;
    35.    2 GOLD BARS;
    36.    2007 ACURA MDX VIN: 2HNYD28487H511479;
    37.    2010 TOYOTA HIGHLANDER VIN: 5TDBK3H2AS001619;
    38.    **2011 MERCEDES BENZ GL450 VIN: 4JGBFBE2BA691839**;
    39.    **2017 MASERATI GHIBLI VIN: ZAM57TRA4H119385**; AND
    40.    2014 LEXUS RX350 VIN: 2T2ZK1BA2EC142565;

    Defendants.
_____

## FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 54(b) and the *Final Order of Forfeiture* entered by the Honorable Judge William J. Martinez, the following JUDGMENT is hereby entered:

    1.    Forfeiture is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, including all right, title, and interest, for the following defendant assets: $4,000.00 in United States currency in lieu of defendant 2011 Mercedes Benz and $5,000.00 in United States currency in lieu of defendant 2017 Maserati Ghibli;

    2.    The United States shall have full and legal title as to the above-mentioned assets and may dispose of the assets in accordance with law and in accordance with the terms and provisions of the parties' agreement;

    3.    The *Final Order of Forfeiture* shall serve as a Certificate of Reasonable

Cause as to the defendant assets under 28 U.S.C. § 2465; and

4. Per the parties' agreement, the parties have waived any entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 8th day of September, 2021.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: __s/C. Pearson_____
Deputy Clerk